JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

Orlando Garcia,

    Plaintiff(s),

vs.

LS Western, L.P. et al,

    Defendant(s).

Case No. 2:20-cv-05646-RGK-PJW

ORDER DISMISSING ACTION FOR
LACK OF PROSECUTION

On August 7, 2020, the Court ordered plaintiff to file a motion for default judgment on or before September 4, 2020 [20].  As of this date, plaintiff has not complied with the Court's order, therefore, the Court orders the matter dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: January 22, 2021

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE